IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD C. VANDEWALLE,<br><br>    Plaintiff,<br><br> v.<br><br>ROGER HELLBUSCH, JANET HELLBUSCH, TROY HELLBUSCH, MARIANNE HELLBUSCH, and RODNEY M. WETOVICK,<br><br>    Defendants. | **8:16CV340**<br><br>**ORDER** |

  This matter is before the court on plaintiff's motion for reconsideration and motion to reinstate case, Filing No. 23. The court has carefully reviewed the motion and finds it is without merit and is frivolous. The plaintiff is arguing the same issues as he did in his previous response to defendants' motions to dismiss. The court has already responded to these issues. *See* Filing Nos. 18 and 22.

  THEREFORE, IT IS ORDERED THAT plaintiff's motion for reconsideration and motion to reinstate case, Filing No. 23, is denied.

  Dated this 28th day of March, 2017.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge